UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANITA KHURANA, et al.,

        Plaintiffs,

    v.

CLEAR RECON CORP, et al.,

        Defendants.

Case No. 4:24-cv-01741-KAW

**ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. No. 84

On February 26, 2026, Defendant Cenlar FSB filed a motion for summary judgment. (Dkt. No. 80.) Plaintiffs' opposition is due on March 12, 2026. *See id.* On March 11, 2026, Plaintiffs filed an administrative motion, pursuant to Civil Local Rule 7-11, to extend their time to file the opposition to March 16, 2026, which is two court days. (Pls.' Mot., Dkt. No. 84 at 2.) Plaintiffs represent that Defendant declined to stipulate to the requested extension of time. *Id.*

While this administrative motion will not be ripe for ruling until March 17, 2026, Plaintiffs' opposition deadline is today. Accordingly, the Court advises the parties that it is inclined to grant the request for an extension of time to March 16, 2026, and extend Defendant's reply deadline accordingly. In so advising, the parties are reminded of their obligation under Section 4 of the Northern District's Guidelines for Professional Conduct to "agree to reasonable requests for extensions of time when the legitimate interests of [their] client will not be adversely affected" and "without requiring motions or other formalities." *Id.*

    IT IS SO ORDERED.

Dated: March 12, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California